**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

JOHN B. ADAMS,                                    :

    Plaintiff,                                    :
                             Case No. 3:13cv00255

  vs.                                              :

CAROLYN W. COLVIN,                             :   District Judge Thomas M. Rose
Acting Commissioner of the Social        Chief Magistrate Judge Sharon L. Ovington
Security Administration,                       :

    Defendant.                                   :

═══════════════════════════════════════════════════════

## DECISION AND ORDER

═══════════════════════════════════════════════════════

The Court has reviewed the Report and Recommendations of Chief United States

Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally

referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on January 20, 2015 (Doc. #22) is
   ADOPTED in full;

2. The parties' Joint Stipulation to Award Attorney's Fees under the Equal
   Access to Justice Act (Doc. #21) is accepted, and Defendant is directed to pay
   Plaintiff's attorney fees under 28 U.S.C. §2412 in the total amount of
   $6,000.00;

3. Defendant is directed to verify, **within thirty days** of this Decision and Order,
   whether or not Plaintiff owes a pre-existing debt to the United States subject to

offset.  And, if no such pre-existing debt exists, Defendant is directed to pay the EAJA award directly to Plaintiff's attorney;

4. Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. #19) is DENIED as moot; and,

5. The case remains terminated on the docket of this Court.


February 10, 2015                                          *s/Thomas M. Rose


                                        _____
                                                 Thomas M. Rose
                                           United States District Judge